United States District Court
District of Connecticut

TAYLOR, D.                                Civil No: 3:12cv 01370 (AWT)

v.

                                          March 01, 2013

FIELDS, ET AL

<u>Request for Scheduling Order and Marshall Service</u>

History:
This is a civil rights complaint filed, pursuant to 42 U.S.C. § 1983, by the plaintiff, a prisoner of the State of Connecticut currently housed at the Northern Correctional Institution, Somers. The initial filing occurred on October 04, 2012 (Document 4).

The plaintiff respectfully requests a scheduling order in the above captioned matter and further requests the Court order service of the complaint upon the defendants.

The plaintiff is conscious of the of the Courts incredible workload and does not wish to appear impatient, however I would humbly ask the Court to at least allow discovery to begin as the plaintiff is almost certain that the complaint will require amendment to identify additional defendants.

Although no appearances have been filed in this case I have provided a copy hereof to the Northern Correctional Institutions' Litigation Officer who will "c.c." a copy to the appropriate authorities.

Respectfully Submitted

*Derrick Taylor*

DERRICK TAYLOR / PLAINTIFF

#179983

NORTHERN CORRECTIONAL INSTITUTION

287 Bilton Rd. - P.O. Box 665

Somers, Connecticut 06071

## Certification

Although no appearance has been filed, I hereby certify that a copy hereof was mailed this ___ day of March, 2013, first class postage pre paid to Connecticut Attorney General George Jepsen.

_Derrick Taylor_
DERRICK TAYLOR
PLAINTIFF / PRO SE

Copy Mailed To:

Attorney General George Jepson
110 Sherman Street
Hartford, Conn. 06105